IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
HUNTINGTON

| | |
|---|---|
| LINDA FARLEY,<br><br>    Plaintiff,<br><br>v.<br><br>KING'S DAUGHTERS MEDICAL CENTER LONG TERM DISABILITY CLASS 1, an Employee Welfare Benefit Plan; LIBERTY LIFE ASSURANCE COMPANY OF BOSTON, a Massachusetts Corporation; and DOES 1 through 5, inclusive,<br><br>    Defendants. | CIVIL ACTION NO. 3:17-cv-04117<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

Pursuant to Rule 41(a)(1), Fed. R. Civ. P., Plaintiff Linda Farley, by and through her undersigned attorney of record, hereby voluntarily dismisses all claims asserted or that could have been asserted herein, with prejudice, against all Defendants.

Defendants, by and through their undersigned attorney of record, hereby consent to Plaintiff's voluntary dismissal of all claims asserted or that could have been asserted herein, with prejudice.

The Parties shall bear their own attorney's fees, expenses and costs.

**FOR PLAINTIFF:**

s/*J. Patrick L. Stephens*
J. Patrick L. Stephens (WVSB #10262)
UNDERWOOD & PROCTOR LAW OFFICES
923 Third Avenue
Huntington, WV 25701
Tel.: (304) 522 0508
Email: pstephens@underwoodlawoffices.com

Signed this 7th day of June, 2018

**FOR DEFENDANTS LIBERTY LIFE ASSURANCE COMPANY OF BOSTON AND KING'S DAUGHTERS MEDICAL CENTER LONG TERM DISABILITY CLASS 1:**

s/*Robert M. Wood*
Robert M. Wood (*Pro Hac Vice*)
Ashley B. Abel (*Pro Hac Vice*)
JACKSON LEWIS P.C.
15 South Main St., Suite 700
Greenville, South Carolina 29601
Tel.: (864) 232 7000
Email: woodr@jacksonlewis.com
   abela@jacksonlewis.com

Signed this 7th day of June, 2018